157 A.3d 821

**SHORTZ, Thaddeus**

v.

**STATE of Maryland**

**Pet. Docket No. 569, Sept.Term, 2016**

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (No. 346, Sept. Term, 2016).

Petition for writ of certiorari denied

■

157 A.3d 821

**SMILEY, Willie Junior**

v.

**STATE of Maryland**

**Pet. Docket No. 495, Sept.Term, 2016**

Court of Appeals of Maryland.

April 21, 2017

(No. 12–K–06–000584, Circuit Court for Harford County).

Petition for writ of certiorari dismissed